UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| WIORA, RUSSELL R. | ) | Case No. 09-13764 |
| WIORA, DEBRA T. | ) | |
| | ) | |

**APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO:  HONORABLE Calendar D
     BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on April 17, 2009. On July 10, 2009, an order was entered approving the employment of Counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $3,827.25, in compensation for 9.45 hours of services performed for the period April 27, 2009 through present and reimbursement of actual expenses in the amount of $62.82.

3. A description of the nature of the services rendered by the Applicant is as follows:

AUTOMATIC STAY

Cohen and Krol, read and reviewed creditor's Motion to Modify the Automatic Stay. The meeting of creditors had not occurred. Cohen and Krol appeared at the hearing for the Trustee and obtained a continuance of the motion to enable the Trustee to further investigate the merits of the motion. Cohen and Krol expended 1.85 hours in the activity of Automatic Stay.

DISMISSAL

Shortly after filing this voluntary petition, the Debtors sought leave of Court to dismiss the case. Cohen and Krol read and reviewed the motion and appeared in Court for the Trustee to voice the Trustee's objection to the motion. The motion was denied. Cohen and Krol expended 2.15 hours in the activity of Dismissal.

**EXHIBIT G**

PROFESSIONAL EMPLOYMENT

In this case, the Debtors had a pending personal injury action. Cohen and Krol prepared and presented the Trustee's application to employ themselves to act as general counsel to the Trustee as well as the Trustee's application to employ personal injury attorneys to act as special counsel to the Trustee. Both motions were necessary to further the administration of the Estate. Cohen and Krol expended 2.15 hours in the activity of Professional Employment.

SETTLEMENT

After learning that special counsel had obtained a fair and reasonable settlement of the pre-petition personal injury case, Cohen and Krol prepared and presented the Trustee's required motion to accept the settlement offer. Combined in that motion, were the Trustee's requests to pay medical liens, pay the Debtor's statutory exemption and to pay special counsel fees and expenses. Cohen and Krol expended 3.30 hours in the activity of Settlment.

4. Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| GINA B. KROL/GBK2009 | 9.45 | $405.00 | $3,827.25 |

6. Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

7. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $11,078.50 and reimbursement of actual and necessary expenses of $62.82 for legal services rendered in this case.

**EXHIBIT G**

RESPECTFULLY SUBMITTED,

Date: February 2, 2012  /s/ Gina B. Krol

GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL 60602-0000

**EXHIBIT G**