UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
WIORA, RUSSELL R. § Case No. 09-13764
WIORA, DEBRA T. §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF BANKRUPTCY COURT
          KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/13/2012 in Courtroom 4016,
          DuPage County Courthouse
          505 N. County Farm Rd.
          Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/19/2012            By: KENNETH S. GARDNER
                                                                         Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
WIORA, RUSSELL R. § Case No. 09-13764
WIORA, DEBRA T. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 95,025.40 |
| and approved disbursements of | $ | 48,230.00 |
| leaving a balance on hand of[1] | $ | 46,795.40 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 7,251.25 | $ 0.00 | $ 7,251.25 |
| Attorney for Trustee Fees: Cohen & Krol | $ 3,827.25 | $ 0.00 | $ 3,827.25 |
| Other: International Sureties Ltd. | $ 39.93 | $ 39.93 | $ 0.00 |
| Other: Cohen & Krol | $ 62.82 | $ 0.00 | $ 62.82 |
| Total to be paid for chapter 7 administrative expenses | | $ | 11,141.32 |
| Remaining Balance | | $ | 35,654.08 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 124,408.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nordstrom fsb | $ 726.92 | $ 0.00 | $ 208.33 |
| 000002 | Roundup Funding, LLC | $ 756.74 | $ 0.00 | $ 216.87 |
| 000003 | Recovery Management Systems Corporation | $ 4,700.50 | $ 0.00 | $ 1,347.11 |
| 000004 | Activity Collection Service | $ 300.00 | $ 0.00 | $ 85.98 |
| 000005 | CAPITAL ONE BANK (USA), N.A. | $ 1,431.37 | $ 0.00 | $ 410.21 |
| 000006 | CAPITAL ONE BANK (USA), N.A. | $ 1,338.96 | $ 0.00 | $ 383.73 |
| 000007 | CAPITAL ONE BANK (USA), N.A. | $ 1,563.27 | $ 0.00 | $ 448.02 |
| 000008 | CAPITAL ONE BANK (USA), N.A. | $ 3,158.22 | $ 0.00 | $ 905.11 |
| 000009 | CHASE BANK USA | $ 3,822.40 | $ 0.00 | $ 1,095.46 |
| 000010 | PayPal, Inc. | $ 3,147.65 | $ 0.00 | $ 902.08 |
| 000011 | PayPal, Inc. | $ 883.16 | $ 0.00 | $ 253.10 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Chase Bank USA,N.A | $ 1,065.74 | $ 0.00 | $ 305.43 |
| 000013 | Dr. Ahsan & Associates | $ 60.00 | $ 0.00 | $ 17.20 |
| 000014 | PRA Receivables Management, LLC | $ 530.85 | $ 0.00 | $ 152.13 |
| 000015 | SSM Healthcare | $ 132.02 | $ 0.00 | $ 37.84 |
| 000016A | Bank of America, National Association as successor | $ 90,365.39 | $ 0.00 | $ 25,897.70 |
| 000017 | CitiFinancial, Inc | $ 10,425.36 | $ 0.00 | $ 2,987.78 |

Total to be paid to timely general unsecured creditors                $           35,654.08

Remaining Balance                                                    $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*

*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 5)*

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                          Case No. 09-13764-DRC
Russell R. Wiora                                                Chapter 7
Debra T. Wiora
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: tmaurer              Page 1 of 4            Date Rcvd: Mar 20, 2012
                              Form ID: pdf006            Total Noticed: 102


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2012.
db/jdb       +Russell R. Wiora,    Debra T. Wiora,    62 Foxcroft Road,    Naperville, IL 60565-2308
13800200      ABT (GE Money),    P.O. Box 960061,    Orlando, FL 32896-0061
13800201      ACA,   640 West Fourth Street,    P.O. Box 5238,    Winston-Salem, NC 27113-5238
13800216     +AT & T,   P.O. Box 8100,    Aurora, IL 60507-8100
13800217     +ATG Credit, LLC,    P.O. Box 14895,    Chicago, IL 60614-8542
13800202     +Activity Collection Service,    664 Milwaukee Avenue,    Prospect Heights, IL 60070-2300
13800203      Adult and Pediatric Orthopedics, S.C.,    555 Corporate Woods Parkway,
               Vernon Hills, IL 60061-3111
13800204     +Advance Physicians, S.C,    16101 Weber Road,    Crest Hill, IL 60403-8813
13800205      Advance Physicians, S.C.,    1601 Weber Road,    Crest Hill, IL 60403
13800206     +Advantis tHealth Partners,    911 N. Elm Street, Site 215,    Hinsdale, IL 60521-3634
13800208     +Advocate Healthcare,    3815 Highland Avenue,    Downers Grove, IL 60515-1500
13800209     +Advocate Lutheran General Hospital,    1775 Dempster Street,    Park Ridge, IL 60068-1174
13800211     +Alliance Physical Therapy, LLC,    P.O. Box 72180,    Roselle, IL 60172-0180
13800212     +Allied Interstate,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7684
13800213     +Anesthesiologists, LTD,    185 Penny Avenue,    East Dundee, IL 60118-1454
13800214     +Apria Healthcare,    7353 Company Drive,    Indianapolis, IN 46237-9274
13800215     +Arrow Financial,    64 East Broadway Road,    Tempe, AZ 85282-1353
14438619     +Bank of America, National Association,    c/o Home Loan Services, Inc.,
               150 Allegheny Center Mall, 24-050,    Pittsburgh, PA 15212-5335
14438652     +Bank of America, National Association as,    c/o Home Loan Services, Inc.,
               150 Allegheny Center Mall, 24-050,    Pittsburgh, PA 15212-5335
14438653     +Bank of America, National Association as successor,    c/o Home Loan Services, Inc.,
               150 Allegheny Center Mall, 24-050,    Pittsburgh, PA 15212-5335
14107691    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE BANK (USA), N.A.,     C/O TSYS DEBT MANAGEMENT (TDM),
               PO BOX 5155,    NORCROSS, GA 30091)
14135615     +CHASE BANK USA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
13800223    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,    P.O. Box 2993,   Milwaukee, WI 53201-2993)
13800219      Capital One,   P.O. Box 5294,    Carol Stream, IL 60197-5294
13800220     +Central DuPage Hospital,    25 N. Winfield Road,    Winfield, IL 60190-1295
13800221     +Charter One Bank,    DDA Recovery RJE 245,    One Citizens Drive,    Riverside, RI 02915-3019
13800222      Chase (Circuit City Financial),    P.O. Box 15291,    Wilmington, DE 19886-5291
14157217     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,     P O Box 740933,    Dallas,Tx 75374-0933
16823458      CitiFinancial, Inc,    P.O. Box 140489,    Irving, TX 75014-0489
13800224      Citifinancial,   P.O. Box 6931,    The Lakes NV 88901-6931
13800225      Citizen Bank,    P. O. Box 42002,    Providence, RI 02940-2002
13800226      Collection Professionals, Inc.,    723 First Street,    LaSalle, IL 61301-2535
13800229     +Comcast,   P.O. Box 3002,    Southeastern, PA 19398-3002
13800231      DC Partners, Inc.,    P.O. Box 64-3005,    Cincinnati, OH 35264-3005
14165114     +Dr. Ahsan & Associates,    c/o Collection Professionals Inc.,    P.O. Box 416,
               Lasalle, IL 61301-0416
13800233     +Dr. Gregory Markarian,    10 West Martin Avenue, Suite 50,    Naperville, IL 60540-6537
13800234     +Dr. Moeller,   c/o Orthopedic Associates,    120 Oak Brook Center,    Oak Brook, IL 60523-1806
13800235     +DuPage Emergency Physicians,    c/o Robert G. Michaels & Associates,    230 W. Huron Street,
               Chicago, IL 60654-3981
13800236      DuPage Medical Group,    1860 Payshpere Circle,    Chicago, IL,   Billing Department
13800237     +DuPage Radiology,    911 N. Elm Street, Suite 114,    Hinsdale, IL 60521-3640,
               Billilng Department
13800238     +Eagle Storage,    900 Ogden Avenue,   Box 412,    Downers Grove, IL 60515-2829
13800240     +Edward Hospital,    395 W. Lake Street,    Elmhurst, IL 60126-1508,    Billing Department
13800241     +Elmhurst Hospital,    200 Berteau Avenue,    Elmhurst, IL 60126-2989,    Billing Department
13800242    #+Emergency Physician’s Office,    P.O. Box 60439,    Fort Myers, FL 33906-6439
13800246     +FMS, Inc.,   P.O. Box 707600,    Tulsa, OK 74170-7600
13800243     +Family Medicine Center of Downers Grove,     4900 Main Street,   Downers Grove, IL 60515-3611
13800244      FedEx,   P.O. Box 94515,    Palatine, IL 60094-4515
13800245      First Frankli,    P. O. Box 660598,    Dallas, TX 75266-0598
13800247     +Frederick J. Hanna & Assoc.,    1427 Rosewell Road,    Marietta, GA 30062-3668
13800248     +GC Services Limited Parnership,    6330 Gulfton,    Houston, TX 77081-1108
13800250      Harrahs’,   c/o TRS Recovery,    P.O. Box 60022,    City of Industry, CA 91716-0022
13800251     +Hochstadter & Isaacson, DDS,    c/o ATG Credit, LLC,    P.O. BOx 14895,    Chicago, IL 60614-8542
13800252     +Household Bank,    P.O. Box 80084,    Salinas, CA 93912-0084
13800254     +James F. Dunneback, P.C.,    14535 John Humphrey Drive,    Orland Park, IL 60462-6210
13800256     +Joliet DuPage Podiatry Centers,    330 Madison Avenue, #l12,    Joliet, IL 60435-7055
13800258      Lake County Acute Care,    75 Remit Drive, #1218,    Chicago, IL 60675-1218
13800259     +Law Offices of Joel Cardis, LLC,    2006 Swede Road, Suite 100 E,    Norriton, PA 19401-1787
13800263     +MM Ahsan, SC,    1640 Willow Circle Drive, Suite 100,    Crest Hill, IL 60403-0960
13800260     +Malcom S. Gerald & Associates, Inc.,    332 South Michigan Avenue, Suite 600,
               Chicago, IL 60604-4318
13800262     +Merchant’s Credit Guide,    223 W. Jackson Boulevard,    Chicago, IL 60606-6974
13800261     +Merchants Credit Guide,    223 W. Jackson Boulevard,    Chicago, IL 60606-6908
13800264     +Naperville Imaging Institute,    1888 Bay Scott Drive,    Naperville, IL 60540-1106
```

```
District/off: 0752-1           User: tmaurer              Page 2 of 4                  Date Rcvd: Mar 20, 2012
                               Form ID: pdf006            Total Noticed: 102


13800267      +Neurosurgery & Spine Surgery,    1551 Bond Street, Suite 143,    Naperville, IL 60563-0150
13800269      +Northwest Community Hospital,    800 West Central Road,    Arlington Heights, IL 60005-2392,
                Billing Department
13800270       Orchard Bank,    P.O. Box 80084,    Salinas, CA 93912-0084
13800276     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates,      P.O. Box 12914,   Norfolk, VA 23541)
14174082      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Hsbc,
                POB 41067,    Norfolk VA 23541-1067
13800272      +Parker, Price & Wolfe,    1046 Rittertown Road,    Hampton, TN 37658-3038
13800275       Paypal,   P.O. Box 2667,    Houston, TX 77252-2667
13800274       Paypal,   E-Bay Account,    P.O. Box 15283,    Wilmington, DE 19850-5283
13800277       Revenue Production,    P.O. Box 830913,    Birmingham, AL 35283-0913
13800278      +Rush-Copley,    2000 Ogden Avenue,    Aurora, IL 60504-5893
13800218      +SSM Healthcare,    Bond Collectors of Wisconsin,    PO Box 83,    Portage, WI 53901-0083
13800279      +Sears Dental,    613 Academy Drive,    Northbrook, IL 60062-2420
13800280      +Sharps & Associates,    1930 Bishop Lane,    Louisville, KY 40218-1946
13800281      +Sheila Stoelting,    3709 Lavorton Place,    Flower Mound, TX 75022-6708
13800282       Synter Resources Group, LLC,    P.O. Box 63247,    North Charleston, SC 29419-3247
13800283       TCF Bank,    500 W. Joliet Road,    Willowbrook, IL 60527-5618
13800284       The Spine Center,    P.O. Box 46486,    Lincolnwood, IL 60646-0486
13800285      +Tri-County Accounts Bureau, Inc.,    P.O. Box 515,    Wheaton, IL 60187-0515
13800286      +U Store It,    8000 South Route 53,    Woodridge, IL 60517-3656
13800287      +UPS,   Corporate Headquarters,    55 Glenlake Parkway, NE,    Atlanta, GA 30328-3474
13800288       Vonage,    c/o Penn Credit Corporation,    P.O. Box 988,    Harrisburg, PA 17108-0988
13800289       Wells Fargo,    P.O. Box 98798,    Las Vegas, NV 89193-8798
13800199       West Central Anesthesiologists,    P.O. Box 1123,    Jackson, MI 49204-1123
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13800210      +E-mail/Text: roy.buchholz@allianceoneinc.com Mar 21 2012 02:12:52      Alliance One,
                1160 Centre Pointe Drive, Suite 1,    Mendota Heights, MN 55120-1377
13800227      +E-mail/Text: legalcollections@comed.com Mar 21 2012 01:57:21      Com Ed,   P. O. Box 6111,
                Carol Stream, IL 60197-6111
13800232      +E-mail/Text: bankruptcy.cr.dept@dhl.com Mar 21 2012 02:29:46      DHL Express,
                1200 South Pine Island Road, Suite 600,    Plantation, FL 33324-4465
13800239      +E-mail/Text: jstauffe_BK@ebay.com Mar 21 2012 03:07:52      EBay, Inc.,   2145 Hamilton Avenue,
                San Jose, CA 95125-5905
13800249      +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2012 02:51:58      GE Money Bank,    P.O. Box 981064,
                El Paso, TX 79998-1064
13800253       E-mail/Text: Bankruptcy@icsystem.com Mar 21 2012 03:11:50      IC System,    444 Highway 96 East,
                P.O. Box 64887,    St. Paul, MN 55164-0887
13800255       E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2012 02:51:58      JCPenney,   P.O. Box 960090,
                Orlando, FL 32896-0090
13800257      +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 21 2012 01:37:56      Kohl's,   P.O. Box 3120,
                Milwaukee, WI 53201-3120
13800266      +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 21 2012 03:45:35
                NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
13800265      +E-mail/Text: cgreene@3timaging.com Mar 21 2012 02:55:01      Naperville Medical Imaging, LLC,
                1121 Lake Cook Road,,    Deerfield, IL 60015-5650
13800268       E-mail/Text: bnc@nordstrom.com Mar 21 2012 01:38:00      Nordstrom,   P.O. Box 79134,
                Phoenix, AZ 85062-9134
14045368      +E-mail/Text: bnc@nordstrom.com Mar 21 2012 01:38:00      Nordstrom fsb,    POB 6566,
                Englewood,CO 80155-6566
14150079       E-mail/Text: recovery@paypal.com Mar 21 2012 02:11:48      PayPal, Inc.,   PO Box 45950,
                Omaha, NE 68145-0950
13800207       E-mail/Text: mmrgbk@miramedrg.com Mar 21 2012 03:12:02      Pellettieri & Associates,
                991 Oak Creek Drive,    Lombard, IL 60148-6408
14050169      +E-mail/PDF: rmscedi@recoverycorp.com Mar 21 2012 02:53:17
                Recovery Management Systems Corporation,    For Capital Recovery III LLC,
                As Assignee of Gecaf-ABT TV,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14046196       E-mail/Text: resurgentbknotifications@resurgent.com Mar 21 2012 01:36:22      Roundup Funding, LLC,
                MS 550,   PO Box 91121,    Seattle, WA 98111-9221
13800291       E-mail/Text: wow_bankruptcy@wideopenwest.com Mar 21 2012 02:11:26      WOW,   P.O. Box 5715,
                Carol Stream, IL 60197-5715
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Michael J Baron
13800228*      Com Ed,   P.O. Box 6111,    Carol Stream, IL 60197-6111
13800273*     +Parker, Price & Wolfe, Inc.,    1046 Rittertown Road,    Hampton, TN 37658-3038
13800230    ##+Condell Medical Center,    755 S. Milwaukee Avenue, Suite 127,    Libertyvillwe, IL 60048-3267
13800271    ##+OSI Collection Services,    Box 965,    Brookfield, WI 53008-0965
13800290    ##+Woodridge County Club Association,    2299 Country Club Drive,    Woodridge, IL 60517-3030
                                                                                        TOTALS: 1, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: tmaurer              Page 3 of 4           Date Rcvd: Mar 20, 2012
                              Form ID: pdf006            Total Noticed: 102
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2012**               **Signature:**       _Joseph Speetjens_

```
District/off: 0752-1              User: tmaurer               Page 4 of 4                   Date Rcvd: Mar 20, 2012
                                  Form ID: pdf006             Total Noticed: 102
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2012 at the address(es) listed below:

          Andrew E Houha    on behalf of Creditor   Bank of America, National Association as successor by
           merger to LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust,
           Mortgage Loan Asset-Backed Certificates, Series 20 andrew@johnsonblumberg.com,
           rocio@johnsonblumberg.com
          David L DePew    on behalf of Debtor Russell Wiora depewlaw@megsinet.net
          Gina B Krol    on behalf of Trustee Gina Krol gkrol@cohenandkrol.com,
           jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol     gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
          Joseph E Cohen    on behalf of Trustee Gina Krol jcohen@cohenandkrol.com,
           jcohenattorney@aol.com;jhazdra@cohenandkrol.com
          Kathryn A Klein    on behalf of Creditor   Chrysler Financial Services Americas, L.L.C. f/k/a
           Daimler Chrysler Financial Services Americas, L.L.C. iln@riezmanberger.com,
           riezmanberger@gmail.com
          Laura C Wardinski    on behalf of Creditor   Citizens Automobile Finance Kropik@kropik.net,
           lmurph702@comcast.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Yan  Teytelman    on behalf of Trustee Gina Krol law_4321@yahoo.com,  Billbusters@BestClientinc.com
                                                                                             TOTAL: 9