# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WIORA, RUSSELL R. | § | Case No. 09-13764 |
| WIORA, DEBRA T. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL _____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Russell Wiora |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chrysler Financial P.O. Box 2993 Milwaukee, WI 53201-2993 |  |  |  |  |  |
|  | Citizen Bank P. O. Box 42002 Providence, RI 02940-2002 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016B | BANK OF AMERICA, NATIONAL ASSOCIATI | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| MR. MICHAEL BARON | | | | | |
| MR. MICHAEL BARON | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACA 640 West Fourth Street P.O. Box 5238 Winston-Salem, NC  27113-5238 | | | | | |
| | AT & T P.O. Box 8100 Aurora, IL  60507 | | | | | |
| | ATG Credit, LLC P.O. Box 14895 Chicago, IL  60614-4895 | | | | | |
| | Adult and Pediatric Orthopedics, S.C. 555 Corporate Woods Parkway Vernon Hills, IL  60061-3111 | | | | | |
| | Advance Physicians, S.C 16101 Weber Road Crest Hill, IL  60403 | | | | | |
| | Advance Physicians, S.C. 1601 Weber Road Crest Hill, IL  60403 | | | | | |
| | Advantis tHealth Partners 911 N. Elm Street, Site 215 Hinsdale, IL  60521 | | | | | |
| | Advocate Healthcare 3815 Highland Avenue Downers Grove, IL  60515 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Lutheran General Hospital 1775 Dempster Street Park Ridge, IL 60068 | | | | | |
| | Alliance One 1160 Centre Pointe Drive, Suite 1 Mendota Heights, MN 55120 | | | | | |
| | Alliance Physical Therapy, LLC P.O. Box 72180 Roselle, IL 60172-1280 | | | | | |
| | Allied Interstate 3000 Corporate Exchange Drive Columbus, OH 43231 | | | | | |
| | Allied Interstate 3000 Corporate Exchange Drive Columbus, OH 43231 | | | | | |
| | Anesthesiologists, LTD 185 Penny Avenue East Dundee, IL 60118 | | | | | |
| | Apria Healthcare 7353 Company Drive Indianapolis, IN 64237-9274 | | | | | |
| | Arrow Financial 64 East Broadway Road Tempe, AZ 85282-1355 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One P.O. Box 5294 Carol Stream, IL  60197-5294 | | | | | |
| | Central DuPage Hospital 25 N. Winfield Road Winfield, IL  60190 | | | | | |
| | Charter One Bank DDA Recovery RJE 245 One Citizens Drive Riverside, RI 02904 | | | | | |
| | Com Ed P. O. Box 6111 Carol Stream, IL  60197 | | | | | |
| | Com Ed P.O. Box 6111 Carol Stream, IL  60197-6111 | | | | | |
| | Comcast P.O. Box 3002 Southeastern, PA  19398-3002 | | | | | |
| | Condell Medical Center 755 S. Milwaukee Avenue, Suite 127 Libertyvillwe, IL  60048 | | | | | |
| | DC Partners, Inc. P.O. Box 64-3005 Cincinnati, OH 35264-3005 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DHL Express 1200 South Pine Island Road, Suite 600 Plantation, FL 33324 | | | | | |
| | Dr. Gregory Markarian 10 West Martin Avenue, Suite 50 Naperville, IL | | | | | |
| | Dr. Moeller c/o Orthopedic Associates 120 Oak Brook Center Oak Brook, IL 60521 | | | | | |
| | DuPage Emergency Physicians c/o Robert G. Michaels & Associates 230 W. Huron Street Chicago, IL 60610-3681 | | | | | |
| | DuPage Medical Group 1860 Payshpere Circle Chicago, IL Billing Department | | | | | |
| | DuPage Radiology 911 N. Elm Street, Suite 114 Hinsdale, IL 60521 Bililng Department | | | | | |
| | EBay, Inc. 2145 Hamilton Avenue San Jose, CA 95125 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Eagle Storage 900 Ogden Avenue Box 412 Downers Grove, IL  60515 | | | | | |
| | Edward Hospital 395 W. Lake Street Elmhurst, IL  60126 Billing Department | | | | | |
| | Edward Hospital 395 W. Lake Street Elmhurst, IL  60126 Billing Department | | | | | |
| | Elmhurst Hospital 200 Berteau Avenue Elmhurst, IL 60126 Billing Department | | | | | |
| | Emergency Physician's Office P.O. Box 60439 Fort Myers, FL | | | | | |
| | FMS, Inc. P.O. Box 707600 Tulsa, OK  74170 | | | | | |
| | Family Medicine Center of Downers Grove 4900 Main Street Downers Grove, IL 60515 | | | | | |
| | FedEx P.O. Box 94515 Palatine, IL  60094-4515 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Frederick J. Hanna & Assoc. 1427 Rosewell Road Marietta, GA  30062 | | | | | |
| | GC Services Limited Parnership 6330 Gulfton Houston, TX  77081 | | | | | |
| | GE Money Bank P.O. Box 981064 El Paso, TX  79998 | | | | | |
| | Harrahs' c/o TRS Recovery P.O. Box 60022 City of Industry, CA  91716-0022 | | | | | |
| | Hochstadter & Isaacson, DDS c/o ATG Credit, LLC P.O. BOx 14895 Chicago, IL 60614-4896 | | | | | |
| | IC System 444 Highway 96 East P.O. Box 64887 St. Paul, MN  55164-0887 | | | | | |
| | JCPenney P.O. Box 960090 Orlando, FL  32896-0090 | | | | | |
| | James F. Dunneback, P.C. 14535 John Humphrey Drive Orland Park, IL  60462 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Joliet DuPage Podiatry Centers 330 Madison Avenue, #l12 Joliet, IL  60435 | | | | | |
| | Kohl's P.O. Box 3120 Milwaukee, WI  53201-3120 | | | | | |
| | Lake County Acute Care 75 Remit Drive, #1218 Chicago, IL  60675-1218 | | | | | |
| | Law Offices of Joel Cardis, LLC 2006 Swede Road, Suite 100 E Norriton, PA  19401 | | | | | |
| | MM Ahsan, SC 1640 Willow Circle Drive, Suite 100 Crest Hill, IL  60435 | | | | | |
| | Malcom S. Gerald & Associates, Inc. 332 South Michigan Avenue, Suite 600 Chicago, IL  60604 | | | | | |
| | Merchant's Credit Guide 223 W. Jackson Boulevard Chicago, IL  60606 | | | | | |
| | Merchants Credit Guide 223 W. Jackson Boulevard Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NCO Financial Systems, Inc. 507 Prudential Road Horsham, PA 19044 | | | | | |
| | Naperville Imaging Institute 1888 Bay Scott Drive Naperville, IL 60540 | | | | | |
| | Naperville Medical Imaging, LLC 1121 Lake Cook Road, Deerfield, IL 60015 | | | | | |
| | Neurosurgery & Spine Surgery 1551 Bond Street, Suite 143 Naperville, IL 60563-0112 | | | | | |
| | Northwest Community Hospital 800 West Central Road Arlington Heights, IL 60005 Billing Department | | | | | |
| | OSI Collection Services Box 965 Brookfield, WI 53008 | | | | | |
| | Orchard Bank P.O. Box 80084 Salinas, CA 93912-0084 | | | | | |
| | Parker, Price & Wolfe 1046 Rittertown Road Hampton, TN 37658 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Parker, Price & Wolfe, Inc. 1046 Rittertown Road Hampton, TN  37658 | | | | | |
| | Pellettieri & Associates 991 Oak Creek Drive Lombard, IL 60148-6408 | | | | | |
| | Revenue Production P.O. Box 830913 Birmingham, AL 35283-0913 | | | | | |
| | Rush-Copley 2000 Ogden Avenue Aurora, IL  60504 | | | | | |
| | Sears Dental 613 Academy Drive Northbrook, IL  60062 | | | | | |
| | Sharps & Associates 1930 Bishop Lane Louisville, KY 40218 | | | | | |
| | Synter Resources Group, LLC P.O. Box 63247 North Charleston, SC  29419-3247 | | | | | |
| | TCF Bank 500 W. Joliet Road Willowbrook, IL  60527-5618 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Spine Center P.O. Box 46486 Lincolnwood, IL 60646-0486 | | | | | |
| | Tri-County Accounts Bureau, Inc. P.O. Box 515 Wheaton, IL 60189 | | | | | |
| | U Store It 8000 South Route 53 Woodridge, IL 60517 | | | | | |
| | UPS Corporate Headquarters 55 Glenlake Parkway, NE Atlanta, GA 30328 | | | | | |
| | Vonage c/o Penn Credit Corporation P.O. Box 988 Harrisburg, PA 17108-0988 | | | | | |
| | WOW P.O. Box 5715 Carol Stream, IL 60197-5715 | | | | | |
| | Wells Fargo P.O. Box 98798 Las Vegas, NV 89193-8798 | | | | | |
| | West Central Anesthesiologists P.O. Box 1123 Jackson, MI 49204-1123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Woodridge County Club Association 2299 Country Club Drive Woodridge, IL 60517 | | | | | |
| 000016A | BANK OF AMERICA, NATIONAL ASSOCIATI | | | | | |
| 000004 | ACTIVITY COLLECTION SERVICE | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000007 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000008 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000009 | CHASE BANK USA | | | | | |
| 000012 | CHASE BANK USA,N.A | | | | | |
| 000017 | CITIFINANCIAL, INC | | | | | |
| 000013 | DR. AHSAN & ASSOCIATES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | NORDSTROM FSB | | | | | |
| 000010 | PAYPAL, INC. | | | | | |
| 000011 | PAYPAL, INC. | | | | | |
| 000014 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000003 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000002 | ROUNDUP FUNDING, LLC | | | | | |
| 000015 | SSM HEALTHCARE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Exhibit 8

| Case No: | 09-13764 | SQU | Judge: JOHN H. SQUIRES |
|---|---|---|---|

Case Name: WIORA, RUSSELL R.

WIORA, DEBRA T.

For Period Ending: 07/05/12

Trustee Name: GINA B. KROL

Date Filed (f) or Converted (c): 04/17/09 (f)

341(a) Meeting Date: 06/10/09

Claims Bar Date: 09/11/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 7718 Woodward Ave. Woodridge, IL 60517 | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking account used to pay bills | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. Household furnishings | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 4. Personal clothing | 250.00 | 0.00 | DA | 0.00 | FA |
| 5. Personal clothing | 250.00 | 0.00 | DA | 0.00 | FA |
| 6. 401(k) Plan with an outstanding loan of $24000) | 50,500.00 | 0.00 | DA | 0.00 | FA |
| 7. 2003 Jeep Cherokee | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Dodge Carivan | 19,000.00 | 0.00 | DA | 0.00 | FA |
| 9. PERSONAL INJURY | Unknown | 80,000.00 | | 95,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 25.93 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $270,500.00 | $80,000.00 | | $95,025.93 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee settled pi case and is holding proceeds. Trustee to review claims and prepare TFR

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 05/31/12

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

LFORM1

Ver: 16.06b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-13764 -SQU | | | |
|---|---|---|---|---|
| Case Name: | WIORA, RUSSELL R. | | | |
| | WIORA, DEBRA T. | | | |
| Taxpayer ID No: | *******5005 | | | |
| For Period Ending: | 07/05/12 | | | |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9909  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/27/09 | 9 | State Farm Mutual | | 1142-000 | 95,000.00 | | 95,000.00 |
| | | Automobile Insurance Company | | | | | |
| | | Bloomington, IL | | | | | |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 0.12 | | 95,000.12 |
| 09/02/09 | 000301 | Russell Wiora | Personal Injury Exemption | 8100-002 | | 15,000.00 | 80,000.12 |
| | | 62 Foxcraft Rd. | | | | | |
| | | Naperville, IL 60565 | | | | | |
| 09/02/09 | 000302 | Mr. Michael Baron | Special Counsel Fees per Order | 3210-600 | | 31,666.66 | 48,333.46 |
| | | Goldstein, Fluxgold & Baron | | | | | |
| | | 33 N. Dearborn | | | | | |
| | | Ste. 1930 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| 09/02/09 | 000303 | Mr. Michael Baron | Special Counsel Expenses per Order | 3220-610 | | 1,251.34 | 47,082.12 |
| | | Goldstein, Fluxgold & Baron | | | | | |
| | | 33 N. Dearborn | | | | | |
| | | Ste. 1930 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.32 | | 47,083.44 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.19 | | 47,084.63 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.17 | | 47,085.80 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.20 | | 47,087.00 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.19 | | 47,088.19 |
| 02/09/10 | 000304 | International Sureties Ltd. | BOND | 2300-000 | | 34.95 | 47,053.24 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.08 | | 47,054.32 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.21 | | 47,055.53 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.16 | | 47,056.69 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.19 | | 47,057.88 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.17 | | 47,059.05 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.19 | | 47,060.24 |

| | | | Page Subtotals | | 95,013.19 | 47,952.95 | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

Ver: 16.06b

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-13764 -SQU |
|---|---|
| Case Name: | WIORA, RUSSELL R. |
| | WIORA, DEBRA T. |
| Taxpayer ID No: | *******5005 |
| For Period Ending: | 07/05/12 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9909  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.21 | | 47,061.45 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.16 | | 47,062.61 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.19 | | 47,063.80 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.17 | | 47,064.97 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.20 | | 47,066.17 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.20 | | 47,067.37 |
| 02/07/11 | 000305 | International Sureties Ltd. | BOND | 2300-000 | | 39.93 | 47,027.44 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.36 | | 47,027.80 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 47,028.20 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.38 | | 47,028.58 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 47,028.98 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 47,029.37 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 47,029.76 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.41 | | 47,030.17 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 47,030.56 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 47,030.96 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 59.92 | 46,971.04 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 46,971.43 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 57.91 | 46,913.52 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 46,913.92 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 57.84 | 46,856.08 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 46,856.48 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 61.45 | 46,795.03 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.37 | | 46,795.40 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 46,795.79 |
| 04/12/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 46,795.93 |
| 04/12/12 | | Transfer to Acct #*******4331 | Final Posting Transfer | 9999-000 | | 46,795.93 | 0.00 |

| | | | Page Subtotals | | 12.74 | 47,072.98 | |

FORM 2                                                     Page:  3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 09-13764  -SQU | |
| Case Name: | WIORA, RUSSELL R. | |
| | WIORA, DEBRA T. | |
| Taxpayer ID No: | *******5005 | |
| For Period Ending: | 07/05/12 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******9909  Money Market Account (Interest Earn | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

**Exhibit 9**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 95,025.93 | 95,025.93 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 46,795.93 | |
| | | | Subtotal | | 95,025.93 | 48,230.00 | |
| | | | Less:  Payments to Debtors | | | 15,000.00 | |
| | | | Net | | 95,025.93 | 33,230.00 | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*

Page Subtotals              0.00              0.00

LFORM24

Ver: 16.06b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-13764  -SQU |
| Case Name: | WIORA, RUSSELL R. |
| | WIORA, DEBRA T. |
| Taxpayer ID No: | *******5005 |
| For Period Ending: | 07/05/12 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4331  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/12/12 | | Transfer from Acct #*******9909 | Transfer In From MMA Account | 9999-000 | 46,795.93 | | 46,795.93 |
| 04/13/12 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 7,251.25 | 39,544.68 |
| 04/13/12 | 003002 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney's fees per court order | 3110-000 | | 2,551.50 | 36,993.18 |
| 04/13/12 | 003003 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney's Expenses per court order | 3120-000 | | 62.82 | 36,930.36 |
| 04/13/12 | 003004 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney's fees per court order | 3110-000 | | 1,275.75 | 35,654.61 |
| 04/13/12 | 003005 | Nordstrom fsb<br>POB 6566<br>Englewood,CO 80155 | Claim 000001, Payment 28.65927% | 7100-900 | | 208.33 | 35,446.28 |
| 04/13/12 | 003006 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000002, Payment 28.65978% | 7100-900 | | 216.88 | 35,229.40 |
| 04/13/12 | 003007 | Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of Gecaf-ABT TV<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Claim 000003, Payment 28.65929% | 7100-900 | | 1,347.13 | 33,882.27 |
| 04/13/12 | 003008 | Activity Collection Service<br>664 Milwaukee Avenue<br>Prospect Heights, IL 60070 | Claim 000004, Payment 28.66000% | 7100-900 | | 85.98 | 33,796.29 |
| | | | Page Subtotals | | 46,795.93 | 12,999.64 | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*

Ver: 16.06b

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-13764 -SQU | | Trustee Name: | GINA B. KROL | Exhibit 9 |
| Case Name: | WIORA, RUSSELL R. | | Bank Name: | BANK OF AMERICA, N.A. | |
| | WIORA, DEBRA T. | | Account Number / CD #: | *******4331 BofA - Checking Account | |
| Taxpayer ID No: | *******5005 | | | | |
| For Period Ending: | 07/05/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/13/12 | 003009 | CAPITAL ONE BANK (USA), N.A. C/O TSYS DEBT MANAGEMENT (TDM) PO BOX 5155 NORCROSS, GA 30091 | Claim 000005, Payment 28.65926% | 7100-900 | | 410.22 | 33,386.07 |
| 04/13/12 | 003010 | CAPITAL ONE BANK (USA), N.A. C/O TSYS DEBT MANAGEMENT (TDM) PO BOX 5155 NORCROSS, GA 30091 | Claim 000006, Payment 28.65956% | 7100-900 | | 383.74 | 33,002.33 |
| 04/13/12 | 003011 | CAPITAL ONE BANK (USA), N.A. C/O TSYS DEBT MANAGEMENT (TDM) PO BOX 5155 NORCROSS, GA 30091 | Claim 000007, Payment 28.65916% | 7100-900 | | 448.02 | 32,554.31 |
| 04/13/12 | 003012 | CAPITAL ONE BANK (USA), N.A. C/O TSYS DEBT MANAGEMENT (TDM) PO BOX 5155 NORCROSS, GA 30091 | Claim 000008, Payment 28.65918% | 7100-900 | | 905.12 | 31,649.19 |
| 04/13/12 | 003013 | CHASE BANK USA PO BOX 15145 WILMINGTON, DE 19850 | Claim 000009, Payment 28.65922% | 7100-900 | | 1,095.47 | 30,553.72 |
| 04/13/12 | 003014 | PayPal, Inc. PO Box 45950 Omaha, NE 68145-0950 | Claim 000010, Payment 28.65916% | 7100-900 | | 902.09 | 29,651.63 |
| 04/13/12 | 003015 | PayPal, Inc. PO Box 45950 Omaha, NE 68145-0950 | Claim 000011, Payment 28.65959% | 7100-900 | | 253.11 | 29,398.52 |
| 04/13/12 | 003016 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | Claim 000012, Payment 28.65896% | 7100-900 | | 305.43 | 29,093.09 |
| 04/13/12 | 003017 | Dr. Ahsan & Associates c/o Collection Professionals Inc. P.O. Box 416 | Claim 000013, Payment 28.66667% | 7100-900 | | 17.20 | 29,075.89 |

| | | | | Page Subtotals | 0.00 | 4,720.40 | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*

Ver: 16.06b

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-13764 -SQU |
| Case Name: | WIORA, RUSSELL R. |
| | WIORA, DEBRA T. |
| Taxpayer ID No: | *******5005 |
| For Period Ending: | 07/05/12 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4331 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

**Exhibit 9**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/13/12 | 003018 | Lasalle, IL 61301 PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. c/o Hsbc POB 41067 Norfolk VA 23541 | Claim 000014, Payment 28.65970% | 7100-900 | | 152.14 | 28,923.75 |
| 04/13/12 | 003019 | SSM Healthcare Bond Collectors of Wisconsin PO Box 83 Portage, WI 53901 | Claim 000015, Payment 28.66232% | 7100-900 | | 37.84 | 28,885.91 |
| 04/13/12 | 003020 | Bank of America, National Association as successor c/o Home Loan Services, Inc. 150 Allegheny Center Mall, 24-050 Pittsburgh, PA 15212 | Claim 000016A, Payment 28.65629% (16-1) Real Estate located at 7718 Woodward Ave., Unite 13-1H, Woodridge, IL 60517(16-2) Real Estate located at 7718 Woodward Ave., Unit 13-1H, Woodridge, IL 60517 | 7100-000 | | 25,898.08 | 2,987.83 |
| 04/13/12 | 003021 | CitiFinancial, Inc P.O. Box 140489 Irving, TX 75014-0489 | Claim 000017, Payment 28.65925% | 7100-900 | | 2,987.83 | 0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 46,795.93 | 46,795.93 | 0.00 |
| Less:  Bank Transfers/CD's | 46,795.93 | 0.00 | |
| Subtotal | 0.00 | 46,795.93 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 46,795.93 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******9909 | 95,025.93 | 33,230.00 | 0.00 |
| BofA - Checking Account - ********4331 | 0.00 | 46,795.93 | 0.00 |
| | 95,025.93 | 80,025.93 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     29,075.89

**UST Form 101-7-TDR (5/1/2011)** *(Page: 24)*

Ver: 16.06b

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-13764  -SQU | Trustee Name: | GINA B. KROL |
| Case Name: | WIORA, RUSSELL R. | Bank Name: | BANK OF AMERICA, N.A. |
| | WIORA, DEBRA T. | Account Number / CD #: | *******4331  BofA - Checking Account |
| Taxpayer ID No: | *******5005 | | |
| For Period Ending: | 07/05/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - *******9909
BofA - Checking Account - *******4331

/s/    GINA B. KROL

Trustee's Signature: _____  Date: 07/05/12
              GINA B. KROL